OPINION OF THE COURT
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order reversed, without costs, the institutional findings of guilt nullified, and the proceedings expunged from petitioner’s records
 
 (see, Matter of Davidson v Smith,
 
 69 NY2d 677;
 
 People ex rel. Roides v Smith,
 
 67 NY2d 899;
 
 Matter of Jones v Smith,
 
 64 NY2d 1003).
 

 Concur: Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Titone, Hancock, Jr., and Bellacosa.